REMIGIUS CHIBUEZE, ESQ., SBN 221423
**CHIBUEZE LAW OFFICES**
1330 Broadway, Suite 515
Oakland, CA 94612
Telephone:  (510) 834-9944
Facsimile:  (510) 834-9945
E-Mail:  remmy@chibuezelaw.com

Attorney for Plaintiff
CHIKE KANAYO OMO

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHIKE KANAYO OMO,<br>　　　　Plaintiffs<br><br>v.<br><br>BARRETT, et al.,<br>　　　　Defendants | CASE NO.  3:11-cv-4975-CRB<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO RESCHEDULE HEARING DATE OF DEFENDANTS' MOTION TO DISMISS AND BRIEFING SCHEDULE** |

　　　The attorneys of record for the parties in this action having signed a stipulation agreeing to reschedule the hearing date of Defendant's motion to dismiss Plaintiff's Petition for *de novo* Judicial Review and briefing schedule;

　　　**IT IS HEREBY ORDERED THAT** the request to reschedule the hearing date of the Defendants' motion to dismiss Plaintiff's Petition for *de novo* Judicial Review on February 17, 2012, at 10:00 a.m. is hereby granted.

　　　**IT IS FURTHER ORDERED THAT** Plaintiff's opposition to the motion will be due on January 24, 2012 and that Defendant's reply will be due seven (7) days after Plaintiff files his opposition to the motion.

Dated: Dec. 13, 2011



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2

*Order Granting Request to Reschedule Hearing Date of Defendants' Motion to Dismiss and Briefing Schedule*
*[Case No. 3:11-cv-4975-CRB]*