1  REMIGIUS CHIBUEZE, ESQ., SBN 221423
2  **CHIBUEZE LAW OFFICES**
   1330 Broadway, Suite 515
3  Oakland, CA 94612
   Telephone: (510) 834-9944
4  Facsimile: (510) 834-9945
5  E-Mail: remmy@chibuezelaw.com

6  Attorney for Plaintiff
   CHIKE KANAYO OMO
7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10

11 CHIKE KANAYO OMO,                ) CASE NO. 3:11-cv-4975-CRB
               Plaintiffs           )
12                                  )
                                    ) [PROPOSED] ORDER GRANTING
13 v.                               ) REQUEST TO RESCHEDULE HEARING
                                    ) DATE OF DEFENDANTS' MOTION TO
14 BARRETT, et al.,                 ) DISMISS AND BRIEFING SCHEDULE
                                    )
15             Defendants           )
                                    )
16                                  )
                                    )
17 _____  )

18     The attorneys of record for the parties in this action having signed a stipulation agreeing
19 to reschedule the hearing date of Defendant's motion to dismiss Plaintiff's Petition for *de novo*
20 Judicial Review and briefing schedule;

21
22     **IT IS HEREBY ORDERED THAT** the request to reschedule the hearing date of the
23 Defendants' motion to dismiss Plaintiff's Petition for *de novo* Judicial Review on February 17,
24 2012, at 10:00 a.m. is hereby granted.
25     **IT IS FURTHER ORDERED THAT** Plaintiff's opposition to the motion will be due on
26 January 24, 2012 and that Defendant's reply will be due seven (7) days after Plaintiff files his
27 opposition to the motion.
28

1
*Order Granting Request to Reschedule Hearing Date of Defendants' Motion to Dismiss and Briefing Schedule*
*[Case No. 3:11-cv-4975-CRB]*

Dated: Dec. 13, 2011



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE