**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHIKE KANAYO OMO,

    Plaintiff,

  v.

ROBIN BARRETT,

    Defendant.

                                  /

No. C 11-04975 CRB

**JUDGMENT**

    Having granted Defendant Robin Barrett's motion to dismiss (dkt. 32), the Court hereby enters judgment for Defendant and against Plaintiff Chike Omo.

    **IT IS SO ORDERED.**

Dated: February 21, 2012

                            CHARLES R. BREYER
                            UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\4975\judgment.wpd