IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIKE KANAYO OMO,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBIN BARRETT,<br><br>    Defendant.<br>_____/ | No. C 11-04975 CRB<br><br>**JUDGMENT** |

    Having granted Defendant Robin Barrett's motion to dismiss (dkt. 32), the Court hereby enters judgment for Defendant and against Plaintiff Chike Omo.

    **IT IS SO ORDERED.**

Dated: February 21, 2012

                                    CHARLES R. BREYER<br>                                    UNITED STATES DISTRICT JUDGE